## BOBBY SULLIVAN *v.* COMMISSIONER OF CORRECTION
### (AC 32659)

Beach, Alvord and Bear, Js.

Argued April 23—officially released May 15, 2012

Per Curiam. The judgment is affirmed.

## WELLS FARGO BANK MINNESOTA, N.A. *v.* STEVEN RUSSO ET AL.
### (AC 34026)

Lavine, Robinson and Lavery, Js.

Argued April 23—officially released May 15, 2012

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting a new sale date.